No. 76–1114. CALIFORNIA ET AL. *v.* SOUTHLAND ROYALTY Co. ET AL.;

No. 76–1133. EL PASO NATURAL GAS Co. *v.* SOUTHLAND ROYALTY Co. ET AL.; and

No. 76–1587. FEDERAL POWER COMMISSION *v.* SOUTHLAND ROYALTY Co. ET AL. C. A. 5th Cir. [Certiorari granted, 433 U. S. 907.] Motion of Federal Power Commission for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 76–1310. HOUCHINS, SHERIFF *v.* KQED, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 431 U. S. 928.] Motion of Reporters Committee for Freedom of the Press Legal Defense & Research Fund et al. for leave to file a brief as *amici curiae* denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 76–1596. UNITED STATES *v.* MAURO ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 816.] Motion of respondent Mauro for leave to proceed further herein *in forma pauperis* granted.

No. 76–1800. UNITED STATES *v.* SOTELO ET UX. C. A. 7th Cir. [Certiorari granted, *ante,* p. 816.] Motion of petitioner for leave to dispense with printing appendix granted.

No. 76–6942. LAKESIDE *v.* OREGON. Sup. Ct. Ore. [Certiorari granted, *ante,* p. 889.] Motion of petitioner for appointment of counsel granted, and it is ordered that Phillip M. Margolin, Esquire, of Portland, Ore., be appointed to serve as counsel for petitioner in this case.

No. 77–5521. JONES *v.* MCCARTHY, MEN'S COLONY SUPERINTENDENT, ET AL. Motion for leave to file petition for writ of habeas corpus denied.